**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**21-20151-CR-UNGARO/REID**
Case No. _____



IN RE SEALED INDICTMENT
_____/

## MOTION TO SEAL

NOW COMES the United States of America, by and through its undersigned attorney, and respectfully requests that the indictment, arrest warrants, and any resulting order be SEALED until the arrest of the first defendant or further order of this Court, for the reasons that the named defendants may flee and/or destroy evidence, and the integrity of the ongoing investigation might be compromised. The United States Attorney's Office also respectfully requests that it be allowed to obtain copies of these documents, and provide copies to other agencies or governments, for purposes of arrest, extradition, or any other necessary cause.

Respectfully submitted,

ARIANA ORSHAN FAJARDO
UNITED STATES ATTORNEY

By: _____
Ellen D'Angelo
Assistant United States Attorney
Court ID No.: A5502579
99 Northeast 4th Street
Miami, Florida 33132-2111
Tel: (305) 961-9349
ellen.d'angelo@usdoj.gov