UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
**21-20151-CR-UNGARO/REID**
Case No. _____

IN RE SEALED INDICTMENT
_____/

## SEALED ORDER

The United States of America, having applied to this Court for an Order sealing the indictment, arrest warrants, and this Order and the Court finding good cause:

IT IS HEREBY ORDERED that the indictment, arrest warrants, the government's motion to seal, and this Order shall be filed under seal until the arrest of the first defendant or further order of this Court. However, the United States Attorney's Office may obtain copies of any indictment, arrest warrants, or other sealed document, and may provide copies of these documents to other agencies or governments, for purposes of arrest, extradition, or any other necessary cause.

DONE AND ORDERED in chambers at Miami, Florida, this  11  day of March, 2021.

_____
Lauren Louis
UNITED STATES MAGISTRATE JUDGE

cc:   AUSA Ellen D'Angelo