# MINUTE ORDER

Page 4

## Magistrate Judge Alicia M. Otazo-Reyes

Atkins Building Courthouse - 10th Floor   Date: 5/18/2021   Time: 2:00 p.m.

Defendant: MIGUEL ANDRES GUTIERREZ DIAZ   J#: 45711-509   Case #: 21-CR-20151-UNGARO (SEALED)

AUSA: Richard Getchell   Attorney: Dennis Urbano - temp

Violation: CONSPIRACY TO DISTRIBUTE COCAINE KNOWING AND INTENDING THAT IT WOULD BE IMPORTED INTO THE UNITED STATES/ CONSPIRACY TO IMPORT COCAINE INTO THE UNITED STATES/ CONSPIRACY TO PWID COCAINE

Surr/Arrest Date: 5/18/2021   YOB: 1963

Proceeding: Initial Appearance   CJA Appt:
Bond/PTD Held: ☐ Yes ☒ No   Recommended Bond: PTD
Bond Set at: Temporary - PTD   Co-signed by:

☐ Surrender and/or do not obtain passports/travel docs
Language: Spanish

☐ Report to PTS as directed/or ___ x's a week/month by phone: ___ x's a week/month in person

Disposition:
- Case unsealed
- Video Consent
- Brady Warning

☐ Random urine testing by Pretrial Services
Treatment as deemed necessary ___

☐ Refrain from excessive use of alcohol
☐ Participate in mental health assessment & treatment
☐ Maintain or seek full-time employment/education
☐ No contact with victims/witnesses, except through counsel
☐ No firearms
☐ Not to encumber property
☐ May not visit transportation establishments
☐ Home Confinement/Electronic Monitoring and/or Curfew ___ pm to ___ am, paid by ___
☐ Allowances: Medical needs, court appearances, attorney visits, religious, employment
☐ Travel extended to: ___
☐ Other: ___

Time from today to ___ excluded from Speedy Trial Clock

NEXT COURT APPEARANCE   Date:   Time:   Judge:   Place:
Report RE Counsel:
PTD/Bond Hearing: 5/21   10:00 a.m.   Otazo   Miami
Prelim/Arraign or Removal:
Status Conference RE:
D.A.R. 13:56:24   Time in Court: 8 min

s/Alicia M. Otazo-Reyes   Magistrate Judge