UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 21-20151-CR-ALTMAN

UNITED STATES OF AMERICA

vs.

MIGUEL ANDRES GUTIERREZ DIAZ,
    a/k/a "Mickey,"

    **Defendant.**
_____/

### UNITED STATES OF AMERICA'S BILL OF PARTICULARS FOR FORFEITURE OF PROPERTY

Pursuant to Rule 32.2(a) of the Federal Rules of Criminal Procedure, the United States of America ("United States") hereby gives notice that, in addition to property generally and specifically identified in the forfeiture allegations of the Indictment, ECF No. 1, the United States seeks the forfeiture of the following property, pursuant to 21 U.S.C. §§ 853 and 970:

    i.    Real property located at **9443 SW 123rd Terrace, Miami, FL 33176** (Folio No. 30-5016-070-0230).

Respectfully submitted,

**JUAN ANTONIO GONZALEZ**
**ACTING UNITED STATES ATTORNEY**

By:    *s/ Annika M. Miranda*
       Annika M. Miranda
       Assistant United States Attorney
       Florida Bar No. 64975
       99 N.E. 4th Street, 7th Floor
       Miami FL, 33132-2111
       Telephone: (305) 961-9303
       E-mail: Annika.Miranda@usdoj.gov
       *Counsel for the United States of America*