CFN: 20210423634 BOOK 32565 PAGE 542
DATE:06/15/2021  11:24:05 AM
HARVEY RUVIN, CLERK OF COURT, MIA-DADE CTY

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 21-20151-CR-ALTMAN

UNITED STATES OF AMERICA

vs.

MIGUEL ANDRES GUTIERREZ DIAZ,
    a/k/a "Mickey,"

        Defendant.
_____/

## NOTICE OF LIS PENDENS

GRANTEE:   MAGD CORP., a Florida Corporation

TO:   ALL PERSONS WHO MAY CLAIM BY, THROUGH, OR UNDER EITHER THE DEFENDANT AND/OR GRANTEE any interest in the real property described hereinunder.

NOTICE IS HEREBY GIVEN, pursuant to the provisions of F.S. § 48.23, as made applicable hereto by the provisions of 28 U.S.C. § 1964, that on March 12, 2021, the United States of America filed an Indictment, charging the defendant(s) with violations of 21 U.S.C. §§ 846 and 963, and subsequently a Bill of Particulars for Forfeiture of Property, on June 14, 2021, in the United States District Court for the Southern District of Florida.   Pursuant to 21 U.S.C. § 853, the United States of America may seek to forfeit the real property located at **9443 SW 123rd Terrace, Miami, FL 33176**, and includes all buildings, improvements, fixtures, attachments and easements found therein or thereon, more particularly described as:

> Lot 7, Block 6, Oak Ridge Falls Third Addition, according to the Plat thereof, as recorded in Plat Book 164, at Page 55, of the Public Records of Miami-Dade County, Florida.

**Folio No. 30-5016-070-0230**

FURTHER NOTICE IS HEREBY GIVEN that the provisions of 21 U.S.C. § 853(k) prohibit any claimant to the described property from: (1) intervening in the trial or appeal of the criminal case, or (2) commencing an action at law or equity against the United States concerning the validity of any alleged interest in the property subsequent to the filing of an indictment or information alleging that the property is subject to forfeiture, except as provided by the provisions of 21 U.S.C. § 853(n) following the entry of any order of forfeiture.   Information concerning this action may be obtained from the records of the Clerk of Court for the United States District Court at Miami, Florida.

                                        Respectfully submitted,
                                        **JUAN ANTONIO GONZALEZ**
                                        **ACTING UNITED STATES ATTORNEY**

                                By:     _/s/ Annika M. Miranda_____
                                        Annika M. Miranda
                                        Assistant United States Attorney
                                        Florida Bar No. 64975
                                        99 N.E. 4th Street, 7th Floor
                                        Miami FL, 33132-2111
                                        Telephone: (305) 961-9303
                                        E-mail: Annika.Miranda@usdoj.gov
                                        *Counsel for the United States of America*