UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 21-20151-CR-ALTMAN

**UNITED STATES OF AMERICA**

vs.

**MIGUEL ANDRES GUTIERREZ DIAZ, et al.,**

    **Defendants.**
_____/

## GOVERNMENT'S MOTION TO CONTINUE TRIAL

COMES NOW THE UNITED STATES, by and through the undersigned Assistant United States Attorneys, and files this motion to continue the trial of the above-captioned matter, and as grounds states the following:

1. The defendants were charged on March 11, 2021, in a three-count indictment with drug trafficking offenses.

2. The first defendant to appear in court was Miguel Andres Gutierrez-Diaz, who was arrested on May 17, 2021, and made his initial appearance on May 18, 2021. His arraignment occurred on May 21, 2021.

3. Defendants Endy and Danny Nunez each made their initial appearance and were arraigned on May 28, 2021. Defendant Miguel Emilio Gutierrez-Diaz made his initial appearance on June 4, 2021 and was arraigned on June 25, 2021.

4. The case is set for trial on September 13, 2021. This is the first trial setting in this cause.

5. The United States now seeks a continuance of the trial for a variety of reasons. Most pressingly, undersigned Assistant United States Attorney Ellen D'Angelo, lead trial counsel in this

1

matter, is set to begin trial before Chief Judge Cecilia M. Altonaga, SDFL, in case number 18-20946-CR-CMA, commencing September 13, 2021. The case is expected to take the parties 6-8 weeks to try. A co-defendant in the same case was severed and is set for trial on February 14, 2022. That trial is also expected to last at least 6 weeks.

6.     In addition to the foregoing, a continuance is also needed to complete discovery and adequately prepare for trial. Several of the witnesses which the United States expects to call are incarcerated, both within the Southern District of Florida and elsewhere. Since the witnesses are incarcerated, witness preparation will have to occur within the courthouse. Under conditions caused by the pandemic, capacity for conducting in-person witness interviews is limited and there is a serious backlog of available time slots for conducting interviews. The government has already been severely limited in its ability to timely meet with witnesses and prepare this case for trial, due to restrictions imposed because of the pandemic. Witnesses presently incarcerated elsewhere will have to be brought back to the District via writs, a process likely to take weeks and in any event which cannot be accomplished prior to the current trial date.

7.     Following the arrests of the defendants, the United States received from the Government of the Dominican Republic, via the U.S. Drug Enforcement Administration in that country, copies of thousands of intercepted communications which are believed to include intercepted communications of one or more of the defendants and/or constitute relevant evidence of the commission of the offenses charged in the indictment. DEA is currently going through these communications to ascertain whether any of the defendants were intercepted and whether the communications should be used as evidence at trial, a process which cannot be completed prior to the current trial date. While no estimate has been given for the completion of this work, it may

be many weeks before the government has isolated the relevant communications and produced them to the defendants.

8. The government believes that at a minimum, a continuance of four months is necessary to properly complete discovery and prepare the case for trial. However, the government understands that counsel for Danny Nunez is scheduled to be away during the latter part of December and for much of the month of January 2022 in connection with a scheduled family wedding. Further, counsel for Endy Nunez is set for a jury trial in December before United States District Judge Darrin P. Gayles, SDFL. As noted, AUSA D'Angelo is set for a second lengthy trial in February. Accordingly, a longer continuance may be appropriate.

9. The government has contacted counsel for the defendants to obtain their position on this matter. Counsel for Endy Nunez and Danny Nunez were unable to take a position, as they have not met with their clients to discuss a continuance as of the time of this filing. Counsel for Miguel Andres Gutierrez-Diaz and Miguel Emilio Gutierrez-Diaz each have advised that they no objection to the requested continuance.

**Speedy Trial**

10. All time from the defendants' arraignment and September 7, 2021 was excluded from the computation of time under the Speedy Trial Act, by Administrative Order of the Court due to the COVID-19 pandemic. To date, no time has elapsed from the speedy trial time.

WHEREFORE the United States respectfully requests that the trial of this cause be continued to April 2022, for the reasons stated herein.

Respectfully submitted,

JUAN ANTONIO GONZALEZ
ACTING UNITED STATES ATTORNEY

By: /s/ Ellen D'Angelo
ELLEN D'ANGELO
Assistant United States Attorney
Court ID No. A5502579
99 Northeast 4th Street
Miami, Florida 33132-2111
Tel: (305) 961-9349
Email: ellen.d'angelo@usdoj.gov

By: _____
RICHARD E. GETCHELL
ASSISTANT UNITED STATES ATTORNEY
FLA. BAR NO. 817643
11200 N.W. 20th Street
Miami, Florida 33172
(305) 715-7647
(786) 564-9126 (cell)
richard.getchell@usdoj.gov

**CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the foregoing was filed via CM/ECF this 31st day of August 2021.

_____
RICHARD E. GETCHELL
ASSISTANT UNITED STATES ATTORNEY

4