UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA          CASE NO. 21-20151-CR-ALTMAN

    Plaintiff,

vs.

MIGUEL ANDRES GUTIERREZ DIAZ, et al

    Defendant.
_____/

## MOTION FOR EVALUATION

Comes now the Defendant, **MIGUEL ANDRES GUTIERREZ DIAZ**, by and through undersigned counsel, and moves this Honorable Court for an Order for psychiatric evaluation of the Defendant. In support of this Motion the Defendant would state the following:

1. The Defendant is currently facing charges by indictment before this Honorable Court.

2. The Defendant is under Pre-Trial Detention and currently housed at the Federal Detention Center, (FDC) in Miami.

3. Undersigned counsel has become aware of and personally observed conduct which leads counsel to believe a psychiatric evaluation is needed to determine competency.

4. Undersigned council was notified yesterday, January 4, 2022, that FDC has placed the Defendant on suicide watch. This is the second time the Defendant has been placed on suicide watch since December 2021.

5. Undersigned counsel would request the Court enter an Order directing FDC to have the proper psychiatric personnel perform an evaluation to determine the Defendant's competency to stand trial and go forward with the case.

**WHEREFORE**, the Defendant request this Honorable Court enter an Order directing the Federal Detention Center to evaluate the Defendant, and issue a report regarding the evaluation.

Respectfully submitted

s/ Dennis N. Urbano
DENNIS N. URBANO, ESQUIRE
FLORIDA BAR NO. 221872
On behalf of **Miguel Andres Gutierrez Diaz**
11440 N. Kendall Drive, Penthouse 400
Miami, Florida 33176
(305) 595-2400

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that the foregoing document was electronically filed with the Clerk of the Court using CM/ECF on this 5th day of January, 2022.

s/ Dennis N. Urbano
DENNIS N. URBANO, ESQUIRE