IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

Case No: 21-20151-CR-ALTMAN

**UNITED STATES OF AMERICA**,

    *Plaintiff*,

v.

**MIGUEL ANDRES GUTIERREZ DIAZ**,

    *Defendant*.

_____/

## ORDER ON PARTIES' JOINT MOTION
## FOR MENTAL-HEALTH EVALUATION

    The Defendant filed a Motion for a Mental-Health Evaluation (the "Motion") [ECF No. 62]. In the Motion, the Defendant asks the Court to appoint a mental-health professional to evaluate the Defendant's competence. *See id.* (citing 18 U.S.C. § 4241(a) & FED. R. CRIM. P. 12.2(c)). After careful review, we **ORDER and ADJUDGE** as follows:

    1.    The Motion [ECF No. 62] is **GRANTED**.

    2.    The Defendant, MIGUEL ANDRES GUTIERREZ DIAZ, is committed to the Federal Detention Center in Miami, Florida, for a qualified mental-health professional from the BOP (either a psychologist or a psychiatrist) to examine him and determine whether he is competent to proceed.

    3.    Within 30 days of this Order, the mental-health professional shall report the results of his or her examination to the Honorable Roy K. Altman, United States District Judge (by sending an email to altman@flsd.uscourts.gov); to Assistant United States Attorney Ellen D. Angelo; and to counsel for the Defendant, Dennis N. Urbano. The report shall contain an opinion as to whether the Defendant is suffering from a mental disease or defect that renders him incompetent to proceed. In

doing so, the report must explain whether the Defendant is able to (1) understand the nature and consequences of the proceedings and (2) assist in his defense.

3. The AUSA and Mr. Urbano shall give the mental-health professional any information that may shed light on the Defendant's competency—including any relevant police reports; recorded statements of the Defendant; court records; and any available prior medical, psychiatric, and psychological records.

4. The Court sets a status hearing on the Defendant's competency for **Monday, February 28, 2022 at 3:30 p.m.** in Miami, 400 N. Miami Avenue, Courtroom, 12-4.

**DONE AND ORDERED** in Miami, Florida, this 18th day of January 2022.

_____
**HON. ROY K. ALTMAN**
**UNITED STATES DISTRICT JUDGE**

CC:    Ellen D'Angelo, AUSA
           Dennis Urbano, Esq.,
           United States Marshal's Service
           Federal Detention Center, Miami