UNITED STATES DISTRICT COURT
SOUTHERN DISTRCIT OF FLORIDA

Case No. 21-20151-CR-ALTMAN(s)

UNITED STATES OF AMERICA

vs.

MIGUEL ANDRES GUTIERREZ DIAZ,
    a/k/a "Mickey",

    Defendant.
_____/

## JOINT STATUS REPORT

The United States Attorney's Office for the Southern District of Florida, by and through the Assistant United States Attorney, and **MIGUEL ANDRES GUTIERREZ DIAZ** (hereinafter referred to as the "Defendant") file this joint status report:

1.  This case is set for Trial on March 28, 2022, with a Calendar Call on March 22, 2022.

2.  All Co-Defendants have pled guilty.

3.  On January 19, 2022, the Court ordered an evaluation to determine if the Defendant is competent to stand Trial.

4.  The Court has set a status conference regarding the Defendant's competency on March 28, 2022.

5.  The parties received a letter from the Bureau of Prisons ("BOP") stating that BOP would need until March 29, 2022 to complete the competency evaluation of the Defendant and that Dr. Carmen Rodriguez had been selected to perform the evaluation.

6.  On March 2, 2022, undersigned counsel spoke to Dr. Rodriguez and provided information she requested to assist in the evaluation.

7. Dr. Rodriguez indicated she would be issuing a report regarding the Defendant's competency in the upcoming weeks.

8. Both the Government and the Defendant are requesting that the Court cancel the Calendar Call scheduled for March 22, 2022 and continue the Trial set for March 28, 2022.

9. Both the Government and the Defendant are further requesting that the Court reschedule the status conference currently set for March 28, 2022 to sometime during the week of April 4, 2022 to allow for the evaluation of the Defendant to be completed and give the parties' an opportunity to review the subsequent report from Dr. Rodriguez.

10. The parties agree that the delay resulting from the Defendant's competency evaluation is excludable time under the Speedy Trial Act.

11. Undersigned counsel has conferred with Assistant United States Attorney Ellen D'Angelo, who is in agreement with this report.

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and correct copy of the foregoing was electronically filed with the Clerk of Courts and a copy has been furnished to the Office of the State Attorney via Florida Courts E-Filing Portal on this 3rd day of March, 2022.

Respectfully submitted,

s/ Dennis N. Urbano
DENNIS N. URBANO, ESQ.
On behalf of Miguel Andres Gutierrez Diaz
11440 N. Kendall Drive, Penthouse 400
Miami, Florida 33176
(305) 595-2400
durbano@sgglaw.com