UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 21-20151-CR-ALTMAN(s)

UNITED STATES OF AMERICA,

vs.

MIGUEL ANDRES GUTIERREZ DIAZ,
    a/k/a "Mickey,"

    Defendant.
_____/

## ORDER FINDING DEFENDANT INCOMPETENT AND COMMITING HIM TO THE CUSTODY OF THE ATTORNEY GENERAL FOR HOSPITALIZATION

THIS MATTER came before the Court following a competency hearing on May 12, 2022. At the hearing, the parties stipulated that the Defendant is suffering from a mental disease or defect that renders him mentally incompetent—a stipulation that was based on the forensic evaluation of April 1, 2022, conducted by Dr. Carmen J. Rodriguez, a forensic psychologist with the Bureau of Prisons. Dr. Rodriguez recommended that the Defendant be found incompetent and that he be sent to a federal medical center for competency restoration.

Accordingly, the Court hereby **ORDERS AND ADJUDGES** as follows:

1. The preponderance of the evidence supports the parties' stipulation that the Defendant is presently suffering from a mental disease or defect that renders him incompetent to proceed.

2. Pursuant to Title 18, United States Code, Section 4241(d)(1), the Defendant is committed to the custody of the Attorney General, who shall immediately hospitalize the Defendant for treatment in a suitable facility for a reasonable period of time, not to exceed four (4) months, as is necessary to determine whether there is a substantial

probability that, in the foreseeable future, the Defendant may become competent to proceed.

3. During that time, the director of the facility in which the Defendant is hospitalized shall update counsel for the parties regarding the Defendant's status.

4. If, during the Defendant's hospitalization, the director of the facility in which the Defendant is hospitalized determines that the Defendant has recovered to such an extent that he is able to understand the nature and consequences of the proceedings against him and assist properly in his defense, the director shall promptly provide a certificate to that effect to the Clerk of the United States District Court for the Southern District of Florida, who shall immediately file the certificate under seal in this case. The Clerk of Court shall also provide copies of the certificate to counsel for the Defendant and the Government. Upon the receipt of such certificate, the Court will hold a hearing to determine whether the Defendant is competent to proceed.

**DONE AND ORDERED** this 12th day of May, 2022, in Miami, Florida.

_____
**HONORABLE ROY K. ALTMAN**
**UNITED STATES DISTRICT JUDGE**

cc: Ellen D'Angelo, AUSA
Dennis Urbano, Esq.