**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**CASE NO. 21-20151-CR-ALTMAN**

**UNITED STATES OF AMERICA**,

v.

**MIGUEL ANDRES GUTIERREZ DIAZ**,

    *Defendant*.
_____/

**ORDER**

    The Defendant, Miguel Andres Gutierrez Diaz, filed a Motion to Dismiss the Indictment (the "Motion") [ECF No. 140]. On November 21, 2022, we held a hearing on the Motion. *See* Paperless Minute Entry [ECF No. 157]. For the reasons stated on the record at that hearing, the Motion [ECF No. 140] is **DENIED**.

    **DONE AND ORDERED** in the Southern District of Florida on November 21, 2022.



_____
**ROY ALTMAN**
**UNITED STATES DISTRICT JUDGE**